# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201800187

————————————

### UNITED STATES OF AMERICA
*Appellee*

v.

### DANTE J. BREAUX.
Master-at-Arms Third Class (E-4), U.S. Navy
Appellant

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
For Appellant: Captain Jeremiah J. Sullivan, III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 25 September 2018

————————————

Before HUTCHISON, TANG, and HINES, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall reflect that the appellant pleaded and was found guilty of violating Secretary of the Navy Instruction (SECNAVINST) 5300.26D vice SECNAVINST 5300.24D in Specifications 1-3 of Charge I.

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court